UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE
         THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
         THE HONORABLE GARY S. KATZMANN, JUDGE

| | |
|---|---|
| INTERMETAL REBAR LLC,<br><br>             Plaintiff,<br>   v.<br><br>UNITED STATES,<br><br>             Defendant. | Court No. 20-00167 |

## STIPULATION OF DISMISSAL

    **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

                                                    Respectfully submitted,

| | |
|---|---|
| /s/ Robert Dennis DeCamp<br>Robert Dennis DeCamp<br>Michael S. O'Rourke<br>Jason M. Kenner<br>SANDLER, TRAVIS & ROSENBERG, P.A.<br>675 Third Avenue, Suite 1805-06<br>New York, New York<br>Tel: (212) 549-0137<br>Email: rdecamp@strtrade.com<br><br>*Attorneys for Plaintiff* | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General<br><br>PATRICIA M. McCarthy<br>Director<br><br>/s/ Aimee Lee<br>AIMEE LEE<br>Assistant Director<br><br>/s/ Kyle S. Beckrich<br>KYLE S. BECKRICH<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 480, Ben Franklin Station<br>Washington, DC 20044<br>Tel. (202) 616-9322<br><br>*Attorneys for Defendant* |

Dated: April 14, 2023

**ORDER OF DISMISSAL**

      This action having been voluntarily stipulated for dismissal by all parties having appeared in this action is dismissed.

                            Clerk, U.S. Court of International Trade

                            By: _____

Dated: April \_\_\_, 2023