UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE CLAIRE R. KELLY, JUDGE
         THE HONORABLE JENNIFER CHOE-GROVES, JUDGE
         THE HONORABLE GARY S. KATZMANN, JUDGE

---

INTERMETAL REBAR LLC,

        Plaintiff,

v.

UNITED STATES,

        Defendant.

Court No. 20-00167

## STIPULATION OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action.

Respectfully submitted,

/s/ Robert Dennis DeCamp
Robert Dennis DeCamp
Michael S. O'Rourke
Jason M. Kenner
SANDLER, TRAVIS & ROSENBERG, P.A.
675 Third Avenue, Suite 1805-06
New York, New York
Tel: (212) 549-0137
Email: rdecamp@strtrade.com

*Attorneys for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCarthy
Director

/s/ Aimee Lee
AIMEE LEE
Assistant Director

/s/ Kyle S. Beckrich
KYLE S. BECKRICH
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480, Ben Franklin Station
Washington, DC 20044
Tel. (202) 616-9322

*Attorneys for Defendant*

Dated: April 14, 2023

Court No. 20-00167

**ORDER OF DISMISSAL**

      This action having been voluntarily stipulated for dismissal by all parties having appeared in this action is dismissed.

Clerk, U.S. Court of International Trade

By:   /s/ Steve Taronji
      Deputy Clerk

Dated: April 14, 2023